■ In the Matter of LIJYASU M. KANDEKORE, Petitioner, v COMMISSIONER OF MOTOR VEHICLES, Respondent. [640 NYS2d 151]

The Commissioner's determination that the petitioner refused to consent to a chemical test to determine the alcoholic content of his blood after being clearly warned of the consequences of such a refusal is supported by substantial evidence (*see, 300 Gramatan Ave. Assocs. v State Div. of Human Rights,* 45 NY2d 176, 180). The conflict between the testimony of the police witnesses and the petitioner presented an issue of cred-

ibility for the Administrative Law Judge to resolve, and where, as here, room for choice exists, a reviewing court may not weigh the evidence or reject the choice made by the agency (*see, Matter of Holland v Commissioner of N. Y. State Dept. of Motor Vehicles*, 213 AD2d 637; *Matter of Liuzzo v State of N. Y. Dept. of Motor Vehicles Appeals Bd.*, 209 AD2d 618; *Matter of Gatto v Adduci*, 182 AD2d 760).

The petitioner's remaining contentions are without merit. Balletta, J. P., Sullivan, Joy and Krausman, JJ., concur.